1

2

Neal F. Morrow III (SBN 295497)
Joseph D. Steward, III (SBN 337385)

**MFS Legal, Inc.**

3

5318 East 2nd Street, #490

4

Long Beach, CA 90803

5

Telephone: (562) 379-2654
Email: eservice@calemonlawteam.com

6

Email: neal@calemonlawteam.com

7

Email: joe@calemonlawteam.com

Attorneys for Plaintiffs

8

RICHARD A. LANDY and THERESA A. LANDY

9

Spencer P. Hugret (SBN: 240424)
shugret@grsm.com

10

James P. Mayo (SBN: 169897)
jmayo@grsm.com

11

Reshma A. Bajaj (SBN: 227106)
rbajaj@grsm.com

12

Jordan A. Willette (SBN 327386)

13

jwillette@grsm.com

**GORDON REES SCULLY MANSUKHANI, LLP**

14

275 Battery Street, Suite 2000

15

San Francisco, CA 94111

16

Telephone: (415) 875-3193
Facsimile: (415) 986-8054

17

Attorneys for Defendant
HYUNDAI MOTOR AMERICA

18

19

**UNITED STATES DISTRICT COURT**

20

**EASTERN DISTRICT OF CALIFORNIA**

21

22

RICHARD A. LANDY and
THERESA A. LANDY,

Case No. 2:22-cv-02197-WBS-CKD

23

Plaintiffs,

**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL DATE AND RELATED DATES**

24

vs.

25

HYUNDAI MOTOR AMERICA,
and DOES 1 through 10, inclusive,

26

27

Defendants.

28

_____

ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL
DATE AND RELATED DATES

1    The Court, having considered the Stipulation to Continue Trial Date and

2  Related Dates filed by the Parties, and upon finding that good cause exists, hereby

3  ORDERS as follows:

4    The Stipulation to Continue the Trial Date and Related Dates is GRANTED;

5    The Trial Date and Related Dates are hereby **<u>vacated and reset</u>** as follows:

6    **a.**  Initial Expert Disclosure & Report Deadline:  April 12, 2024 is reset to

7       **July 12, 2024**

8    b.  Rebuttal Expert Disclosure & Report Deadline:  April 26, 2024 is reset to

9       **July 26, 2024**

10   c.  Non-Expert Discovery Cut-Off:  May 17, 2024 is reset to **August 19, 2024**

11      (includes hearing of discovery motions)

12   **d.**  Expert Discovery Cut-Off:  May 17, 2024 is reset to **August 19, 2024**

13      (includes hearing of discovery motions)

14   **e.**  Motion Cut-Off (filing deadline):  June 14, 2024 is reset to **September 16,**

15      **2024**

16   **f.**  Plaintiffs' Separate Pre-trial Statement:  August 15, 2024 is reset to

17      **December 2, 2024**

18   g.  Defendant's Separate Pre-trial Statement: August 22, 2024 is reset to

19      **December 9, 2024**

20   h.  Parties' Joint Statement: August 22, 2024 is reset to **December 9, 2024**.

21   **i.**  Final Pretrial Conference:  August 26, 2024 at 1:30 p.m. is reset to

22      **December 16, 2024 at 1:30 p.m.**

23   **j.**  Jury Trial:  October 22, 2024 at 9:00 a.m.  is reset to **February 25, 2024 at**

24      **9:00 a.m.**

25  ///

26  ///

27  ///

28

2

ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL DATE
AND RELATED DATES

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2    Dated:  April 10, 2024

3    _____
     WILLIAM B. SHUBB
4    UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL DATE
AND RELATED DATES

## CERTIFICATE OF SERVICE
### Landy v. Hyundai Motor America
### USDC Eastern District Of California Case No. 2:22-cv-02197-WBS-CKD

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 275 Battery Street, 20th Floor, San Francisco CA 94111.

On the date set forth below, I served on the party listed below the foregoing document(s) described as:

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL DATE AND RELATED DATES**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| | |
|---|---|
| Neal F. Morrow III (SBN 295497)<br>Joseph D. Steward, III (SBN 337385)<br>**MFS Legal, Inc.**<br>5318 East 2nd Street, #490<br>Long Beach, CA 90803<br>Telephone: (562) 379-2654<br>Email: eservice@calemonlawteam.com<br>Email: neal@calemonlawteam.com<br>Email: joe@calemonlawteam.com<br>*Attorneys for Plaintiff* | ***Attorneys for Plaintiff***<br><br>Richard A. Landy and<br>Theresa S. Landy |

Executed on **April 10, 2024**, at San Francisco, California.

　　/s/ *Lydia Arago Schou*___
Lydia Arago Schou

4

ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL DATE AND RELATED DATES