**MFS Legal, Inc.**
Neal F. Morrow III (SBN 295497)
Joseph D. Steward (SBN 337385)
5318 East 2nd Street, #490
Long Beach, CA 90803
(562) 379-2654
lawclerk@calemonlawteam.com (contact)
eservice@calemonlawteam.com (documents)

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. LANDY and THERESA A. LANDY,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>HYUNDAI MOTOR AMERICA; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:22-cv-02197<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>Hon.  William B. Shubb |

　　Plaintiffs RICHARD A. LANDY and THERESA A. LANDY and Defendant HYUNDAI MOTOR AMERICA hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Date:  November 26, 2024　　　　　MFS Legal Inc.

　　　　　　　　　　　　　　　　　　*/s/ Joseph D. Steward*
　　　　　　　　　　　　　　　　　　Joseph D. Steward
　　　　　　　　　　　　　　　　　　Neal F. Morrow III
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Date: November 25, 2024   GORDON REES SCULLY MANSUKHANI LLP

_____
Spencer P. Hugret
James P. Mayo
Reshma A. Bajaj
Jordan A. Willette
Attorneys for Defendant
HYUNDAI MOTOR AMERICA

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

The Clerk is directed to close the file.

Dated: November 26, 2024   _____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE